**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **AMERICAN VEHICULAR SCIENCES LLC** | § § § § § § | |
| **Plaintiff,** | § § § | **Civil Action No. _____** |
| **v.** | § § | |
| **MERCEDES-BENZ U.S. INTERNATIONAL, INC. AND MERCEDES-BENZ USA, LLC** | § § § § § | **JURY TRIAL REQUESTED** |
| **Defendants.** | § | |

**PLAINTIFF'S ORIGINAL COMPLAINT**

Plaintiff American Vehicular Sciences LLC ("AVS") files this Original Complaint for patent infringement against Defendants Mercedes-Benz U.S. International, Inc. and Mercedes-Benz USA, LLC (collectively "Mercedes-Benz").

**PARTIES**

1.      Plaintiff AVS is a limited liability company existing under the laws of Texas with its principal place of business at 2400 Dallas Parkway, Suite 200, Plano, Texas 75093.

2.      Defendant Mercedes-Benz U.S. International, Inc. is an Alabama corporation with its principal place of business at 1 Mercedes Drive, Vance, AL 35490.

3.      Defendant Mercedes-Benz USA, LLC is a Delaware corporation with its principal place of business at One Mercedes Drive, Montvale, NJ 07645.

## JURISDICTION AND VENUE

4.     This is an action for patent infringement under the Patent Laws of the United States, 35 U.S.C. § 271.

5.     This court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6.     This Court has personal jurisdiction over Mercedes-Benz.  On information and belief, Mercedes-Benz, either directly or through intermediaries, regularly sells products and services into this judicial district and manufactures products intended to be sold and in fact sold into and within this judicial district.  Additionally, on information and belief, this Court has personal jurisdiction over Mercedes-Benz because Mercedes-Benz has committed, aided, abetted, contributed to, induced, and/or participated in the commission of acts within this judicial district giving rise to this action.

7.     Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and 1400 (b).

## SUMMARY

8.     Dr. David Breed is one of the leading inventors in the field of automotive technology in the world today.

9.     Dr. Breed is an inventor on more than 300 United States patents relating to automotive technologies, including airbags, navigation systems, vehicle diagnostics, crash sensors, vehicle communications, systems monitoring, theft protection, and collision avoidance.

10.     Dr. Breed has a Ph.D. in Mechanical Engineering from Columbia University as well as Bachelors' and Masters' degrees from the Massachusetts Institute of Technology.

11.     Dr. Breed has received the National Highway Traffic Safety Administration's Award for Safety Engineering and the prestigious H.H. Bliss award for his contributions to the development of the airbag.

12.     Dr. Breed is a member of the Tau Beta Pi and Pi Tau Sigma engineering honors societies and has published numerous peer-reviewed articles.

## COUNT I: INFRINGEMENT OF U.S. PATENT NO. 5,845,000

13.     AVS incorporates the foregoing paragraphs as if fully set forth here.

14.     On December 1, 1998, the United States Patent and Trademark Office ("USPTO") duly and legally issued United States Patent No. 5,845,000 ("the '000 Patent"), entitled "Optical Identification And Monitoring System Using Pattern Recognition For Use With Vehicles."   AVS owns the '000 Patent and holds the right to sue and recover damages for infringement thereof.

15.     On information and belief, Defendant Mercedes-Benz has been and now is directly infringing, and/or inducing infringement by others, and/or contributing to the infringement by others of the '000 Patent in the state of Texas, in this judicial district, and elsewhere within the United States by, among other things, making, using, offering for sale, selling, or importing vehicles that include monitoring and/or control systems for monitoring and responding to objects exterior to the vehicle, including but not limited to Adaptive High Beam Assist, Pre-Safe, including Distronic Plus with Pre-Safe Brake, Active Blind Spot Assist, and Night View Plus Assist systems/functionalities, that infringe or the use of which infringe one or more claims of the '000 Patent, all to the injury of AVS.   Mercedes-Benz is thus liable for infringement of the '000 Patent pursuant to 35 U.S.C. § 271.

16.     As a result of Defendants' infringement of the '000 Patent, Mercedes-Benz has damaged AVS.  Mercedes-Benz is liable to AVS in an amount to be determined at trial that adequately compensates AVS for the infringement, which by law can be no less than a reasonable royalty.

17.     AVS intends to seek discovery on the issue of willfulness and reserves the right to seek a willfulness finding relative to pre-suit infringement and/or post-suit infringement of the '000 Patent.

18.     As a result of Defendants' infringement of the '000 Patent, AVS has suffered and will continue to suffer loss and injury unless Mercedes-Benz is enjoined by this Court.

19.     At least as early as their receipt of this Complaint, Mercedes-Benz has had knowledge of the '000 Patent and written notice of the infringement.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff AVS pray for the following relief:

20.     A judgment in favor of AVS that Mercedes-Benz has infringed AVS' '000 patent;

21.     A permanent injunction, enjoining Mercedes-Benz along with their officers, directors, agents, servants, employees, affiliates, divisions, branches, subsidiaries, and parents from infringing AVS' '000 patent;

22.     A judgment and order requiring Mercedes-Benz to pay AVS damages for their infringement of AVS' '000 patent, together with interest (both pre- and post-judgment), costs and disbursements as fixed by this Court under 35 U.S.C. § 284;

23.     A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to AVS its reasonable attorney's fees; and

24.     Such other and further relief in law or in equity to which AVS may be justly entitled.

## DEMAND FOR JURY TRIAL

25.     Plaintiff demands a trial by jury of any and all issues triable of right before a jury.

Dated: April 3, 2013                      Respectfully submitted,

                                          */s/ Michael Heim*
                                          _____
                                          Michael F. Heim (Texas Bar No. 09380923)
                                          mheim@hpcllp.com
                                          Miranda Y. Jones (Texas Bar No. 24065519)
                                          mjones@hpcllp.com
                                          **HEIM, PAYNE & CHORUSH, LLP**
                                          600 Travis Street, Suite 6710
                                          Houston, Texas 77002-2912
                                          Telephone: (713) 221-2000
                                          Facsimile: (713) 221-2021

                                          **ATTORNEYS FOR AMERICAN VEHICULAR
                                          SCIENCES LLC**