**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| AMERICAN VEHICULAR SCIENCES LLC, § § § § vs. § § § MERCEDES-BENZ U.S. § INTERNATIONAL, INC., et al. § | CASE NO. 6:13cv307 JDL CASE NO. 6:13cv308 JDL CASE NO. 6:13cv309 JDL CASE NO. 6:13cv310 JDL |

## FINAL JUDGMENT

Pursuant to the Order granting the parties' Joint Motion to Dismiss Without Prejudice, the Court hereby enters Final Judgment. Plaintiff American Vehicular Sciences LLC filed suit against Defendants Mercedes-Benz U.S. International, Inc. and Mercedes-Benz USA, LLC, (collectively, "Defendants") on April 3, 2013. Since that time, all Defendants have been dismissed in this case.

**IT IS HEREBY ORDERED** that case numbers 6:13-cv-307 through 6:13-cv-310 are **DISMISSED WITHOUT PREJUDICE**. All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 11th day of September, 2014.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE